WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY
BY:    Sharon A. Briggs (023119)
          Joseph I. Vigil (018677)
          Deputy County Attorneys
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone (602) 506-8541
Facsimile (602) 506-8567
briggss@mcao.maricopa.gov
vigilj@mcao.maricopa.gov

*Attorneys for Maricopa County, et al.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Welch,<br><br>               Plaintiff,<br><br>      v.<br><br>Joseph Arpaio, et al.,<br><br>               Defendants. | No. 2:13-cv-02307-PHX-JAT (JFM)<br><br>**NOTICE TO THE COURT THAT DEFENDANTS AWAIT SCREENING ORDER PER 28 U.S.C. § 1915(a)** |

COME NOW Defendants Joseph Arpaio, David Smith, Jeff Alvarez, "John Doe," and "Jane Doe," by and through counsel undersigned, and provide notice that they are waiting for the Court to issue a screening order per 28 U.S.C. 1915(a) before responding to Plaintiff's Complaint, given that Plaintiff is prisoner seeking relief against a governmental entity or an officer or an employee of a governmental entity. Doc. # 9; 28 U.S.C. § 1915A(a). In providing this notice, Defendants affirmatively reserve and do not waive their right to file their responsive pleadings and to assert their objections and affirmative defenses to Plaintiff's Second Amended

Complaint, to the extent ordered to do so by the Court.

      RESPECTFULLY SUBMITTED this 17th day of June, 2014.


             WILLIAM G. MONTGOMERY
             MARICOPA COUNTY ATTORNEY

        BY: /s/ Sharon A. Briggs
             SHARON A. BRIGGS, ESQ.
             JOSEPH I. VIGIL, ESQ.
             *Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on June 17, 2014, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Magistrate Judge James F. Metcalf
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ 85003

and copies mailed to:

Mark Welch, #062427
Douglas- AZ-Douglas ASPC– Gila 24-25
Gila Unit
P.O. Box 5003
Douglas, AZ  85608
*Plaintiff Pro Se*


/s/ G. Naranjo
S:\CIVIL\CIV\Matters\CJ\2013\Welch v. Arpaio CJ13 199\Pleadings\District\Notice re Filing Answer 061714.docx